Devoe
v.
Ithaca & Owego Rail Road Company.

### Devoe vs. The Ithaca and Owego Rail Road Co.

The court will not grant a sequestration, or appoint a receiver of a corporation, against whom an execution has been returned unsatisfied, upon an ex parte application of the judgment creditor. But upon filing a petition duly verified, an order to show cause, at a future day, why the prayer of the petitioner should not be granted, may be entered; and an injunction will be allowed, restraining the officers of the company from selling, assigning, transferring or encumbering the property or effects of the corporation, in the mean time.

This was an application by a judgment creditor of a corporation, under the thirty-sixth section of the article of the revised statutes relative to proceedings against corporations in equity, (2 R. S. 463,) for a sequestration of the stock and effects of the corporation, and for an injunction and receiver.

*December 28.*

*S. Stevens,* for the petitioner.

The Chancellor decided that a sequestration ought not to be granted, or a receiver appointed ex parte, and without giving the corporation an opportunity to be heard. But upon filing of the petition, duly verified, showing the recovery of a judgment against the corporation, and that the execution issued thereon to the proper county had been returned by the sheriff unsatisfied, the court directed an order to show cause, at a future day, why the prayer of the petition should not be granted; and that a copy of the petition and order should be served upon the proper officers of the corporation the usual time before the day appointed for showing cause. And that in the mean time the officers of the company be restrained, by injunction, from selling, assigning, transferring, or encumbering the property or effects of the corporation.